UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILBERT DION | CIVIL ACTION |
| VERSUS | NO: 13-5222 |
| LOW LAND CONSTRUCTION CO., INC. | SECTION: "N" (3) |

### ORDER AND REASONS

Pending before the Court is Defendant's motion (Rec. Doc. 73) seeking leave to file a motion for partial summary judgment.[1] On the present showing made, **IT IS ORDERED** that the motion is **DENIED**. Specifically, although the proposed motion otherwise appears worthy of close consideration by the Court, Defendant has not demonstrated good cause for its failure to file the motion with the applicable deadline.[2] This ruling is without prejudice to Defendant's right to make a motion pursuant to Rule 50 of the Federal Rules of Civil Procedure. It likewise is without prejudice to Defendant's right to timely submit a motion in limine regarding punitive damages if the motion requires resolution of a question of law rather than an evidentiary assessment more properly addressed via summary judgment motion.

New Orleans, Louisiana, this 22nd day of August 2014.

**KURT D. ENGELHARDT**
**United States District Judge**

---

[1] The Court's July 30, 2014 order (Rec. Doc. 71) continuing the August 4, 2014 trial date did not re-open the disposive motion deadline.

[2] The Court notes that the transcripts attached to Defendant's proposed motion are for depositions taken prior to the dispositive motion deadline.